

RECEIVED

SEP 25 2023

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Tanya Peche

**Plaintiff(s),**

vs.

Minnesota Department of transportation

**Defendant(s).**

(Enter the full name(s) of ALL plaintiffs
and defendants in this lawsuit.  Please
attach additional sheets if necessary.)

Case No. 23-cv-2972 (NEB/DLM)
(To be assigned by Clerk of District
Court)

DEMAND FOR JURY
TRIAL
     YES ___ NO ___

## EMPLOYMENT DISCRIMINATION COMPLAINT

### PARTIES

1.  List your name, address and telephone number.  Do the same for any additional plaintiffs.

    a.  Plaintiff

| | |
|---|---|
| Name | Tanya Marie Peche |
| Street Address | 2286 Shryer AVE E |
| County, City | North St Paul    Ramsey county |
| State & Zip Code | Minnesota 55109 |
| Telephone Number | 651-239-8044 |

2.  List all defendants.  You should state the full name of the defendant, even if that defendant is
a government agency, an organization, a corporation, or an individual.  Include the address

SCANNED

SEP 25 2023

U.S. DISTRICT COURT ST. PAUL

where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a.  Defendant No. 1

Name    Minnesota Department of transportation

Street Address    3485 Hadley Ave W.

County, City    Washington County - Oakdale

State & Zip Code    Minnesota 55128

b.  Defendant No. 2

Name    _____

Street Address    _____

County, City    _____

State & Zip Code    _____

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached: □**
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.c., 2.d., etc.)**

JURISDICTION

The Court has jurisdiction over this action under 28 U.S.C. § 1331.

3.  This employment discrimination lawsuit is based on (check only those that apply):

a. __X__ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et. seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.  **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission (EEOC).*

b. ___ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et. seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE:** *In*

2

*order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission (EEOC).*

c. ___ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et. seq.*, for employment discrimination on the basis of disability. **NOTE**: *In order to bring suit in federal court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission (EEOC).*

d. __ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et. seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance. **NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office (EEO) representative or agency.*

e. __ Other (Please describe.)

_____

_____

_____

_____

4. If you are claiming that the discriminatory conduct occurred at a location other than the defendant's address above, please provide the following information on where the conduct occurred:

_____
(Street Address)          (City/County)          (State)          (Zip Code)

5. When did the discrimination occur? Please give the date or time period:

SPRING 2020

ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

a. _X_ Yes    Date filed: 8-12-21

b. ___ No

3

7. Have you received a Notice of Right-to-Sue Letter?

a. ___ Yes     If yes, please attach a copy of the letter to this complaint.

b. ___ No

NATURE OF THE CASE

8. The conduct complained of in this law suit involves (check only those that apply):

a. ___ Failure to hire me

b. ___ Termination of my employment

c. ___ Failure to promote me

d. _✓_ Failure to accommodate my disability

e. ___ Terms and conditions of employment differ from those of similar employees

f. ___ Retaliation

g. _✓_ Harassment

h. _✓_ Other conduct (please specify): Supervisor Disclosed my medical to co-workers - was not allowed to return to my position when I Returned from FMLA Leave — Ostrasizing me —

i. Did you complain about this same conduct in the charge of discrimination, referred to in number 6 above?

___ Yes    ___ No

9. I believe that I was discriminated against because of my (check all that apply):

a. ___ Race

b. ___ Religion

c. ___ National origin

d. ___ Color

e. ___ Gender

f. _✓_ Disability

g. ___ Age (my birth year is:_____)

h. ___ Other (please specify): _____

_____

_____

_____

i. Did you state the same reason(s) in the charge of discrimination, referred to in number 6 above?

_✓_ Yes    ___No

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct (i.e. how, where, and when). Each paragraph must be numbered separately, beginning with number 10. Please write each allegation of discrimination in a separately numbered paragraph.

10. my supervisor - followed me around micromanaging me - I had a Break down - went out on fmla for 9 months - my medical info was givin to co-workers who than was telling people I may come up there with a gun - and Im crazy - when I returned from my leave was not allowed to my workstation havent been allowed on Al work property in 3 years. I Requested ADA Accomidations for the Hostile work enviroment

(9) Human resources & Equity + Diversity Bullied me into having my Drs Continualy clarify my Disability! Was told to have No contact with My Co-workers I was sent home to work I Dio work from home for a year + a haff before I was placed on an unpaid leave.

(8) I was forced out on an unpaid fmla leave 11-4-22 - 9-18-23-

(7) Afsme has ignored all of my Attempts to get helps from them!

(6) excluding me from everything at work and with everyone -

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

Would like to See that someone with a Mental Disability never gets treated the way HR-co-workers superior treated me bullying me trying to push me out of my Job $300,000.00 Been in a Depresion-Loss of enjoyment of life

6

7. Witnessed the victims, Medical Information being divulged to Co workers @

6. Having the police called on the victim and having to pay fines and, Serve 2yr probation.

5. The numerous Human Resoual Investigations I have had to endure, Since Reporting, Trying to portray me as Violent. Defaming My Cavocter

4. The union, this employer uses against its employees by threats and, Ignoring grevences. Fabricating lies and bullying employees that are Victims or witnesses to, the treatment of victims

**Attach additional sheets of paper as necessary.**

**Check here if additional sheets of paper are attached:** ☐

**Please label the attached sheets of paper as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

Since the start of the discriantation and reportraq it, the employer has tried to, and Suceeded in runing my life Financially, mentally, Defamed my Character. I want the court to hear our case and reveal the Employer Horrible

Date: 9-24-23

Signature of Plaintiff

Mailing Address    2286 Shryer Ave E
N. StPaul mn
55109

Telephone Number    651-239-8044

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number.  Attach additional sheets of paper as necessary.

7